Eric I. Abraham
Christina L. Saveriano
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey  08540
Telephone: 609-924-0808
Facsimile: 609-452-1888
eabraham@hillwallack.com
csaveriano@hillwallack.com

**Attorneys for Plaintiffs Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED<br><br>**Plaintiffs,**<br><br>vs.<br><br>**GILEAD SCIENCES, INC.,**<br><br>**Defendant.** | Civil Action No. 14-07080-FLW-LHG<br><br>**VOLUNTARY NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs Zydus Pharmaceuticals  (USA) Inc. and Cadila Healthcare Limited hereby file this Voluntary Notice of Dismissal dismissing the Complaint in its entirety in this action without prejudice.

Dated: November 17, 2015

HILL WALLACK LLP
*Attorneys for Plaintiffs Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited.*

/s/Eric I. Abraham_____
Eric I. Abraham
Christina L. Saveriano
21 Roszel Road

                                    Princeton, NJ  08540

Of Counsel:

Michael J. Gaertner  
Randall A. Hack  
Andy J. Miller  
LOCKE LORD LLP  
111 South Wacker Drive  
Chicago, IL 60606  
Telephone: 312-443-0700  
Facsimile: 312-443-0336

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the foregoing **VOLUNTARY NOTICE OF DISMISSAL** is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


November 17, 2015             /s/Eric I. Abraham
Date                   Eric I. Abraham